

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00133-CV

**IN RE** Rudy Wilkins **DE LA GARZA**, Maria Ysais and Idea Apps, LLC, Relators

Original Proceeding[1]

### ORDER

On March 3, 2022, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 16, 2022.

_Beth Watkins_
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CV06052, styled *Dawn Prieskorn v. Rudy Wilkins De La Garza, Marie Ysais, and Idea Apps LLC*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.